PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rashawn Timothy Welcome                          Cr.: 12-00714-001
                                                                   PACTS #: 17618

**Name of Sentencing Judicial Officer:** Honorable James R. Spencer
United States District Judge
(Eastern District of Virginia, Docket No. 97-00131-001)

**Name of Newly Assigned Judicial Officer:** Honorable William H. Walls
United States District Judge
(Jurisdiction transferred effective October 23, 2012)

Original Offense: Possession with Intent to Distribute Cocaine Base

Date of Original Sentence: 10/09/97

Original Sentence: Imprisonment - 235 months; Supervised Release - 60 months; Special Assessment - $100

Order for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) (06/19/08): Imprisonment - Reduced to 188 months. All previously imposed provisions of the Judgment dated shall remain in effect.

Type of Supervision: Supervised Release                Date Supervision Commenced: 12/08/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'<br><br>On September 24, 2012, the offender tested positive for marijuana. Upon being confronted, the offender admitted to having used both marijuana and heroin on or about September 18, 2012. He signed an acknowledgment form to this effect. |

U.S. Probation Officer Action:

At this point in time, the offender remains under the close scrutiny of the undersigned officer. He has been randomly tested for substance abuse since the aforementioned positive urinalysis test, and found to have been testing free of any ongoing substance abuse. Additionally, he has been instructed to complete a Lifeskills Book, which will provide the offender with additional insight on the perils of substance abuse. We believe that an increase in the frequency of testing, as well as requiring the offender to complete the workbook, shall suffice as a sanction at this time. We will inform the Court immediately of any additional information as the circumstances arise, and/or any filing of criminal charges against the offender. We would request that the Court take no action at this time.

Respectfully submitted,

By: Carolyn S. Johnson
U.S. Probation Officer
Date: 12/06/2012

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

19 December 2012
Date